# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Maquinton Lee Marrow            Docket No. 5:06-CR-247-1BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maquinton Lee Marrow, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 13, 2007, to the custody of the Bureau of Prisons for a term of 50 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Maquinton Lee Marrow was released from custody on March 12, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 2, 2010, the defendant tested positive for the use of cocaine. When confronted by this probation officer, the defendant acknowledged using cocaine on October 30, 2010, and advised he has used cocaine on two or three occasions since being released from the Bureau of Prisons. In view of his drug use, enrollment in the DROPS Program and completion of a 5-day period of incarceration are recommended. The defendant is also being referred for substance abuse counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days and shall abide by the rules and regulations of the designated facility.

Maquinton Lee Marrow
Docket No. 5:06-CR-247-1BO
Petition For Action
Page 2

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin in the DROPS Program in the third use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: November 19, 2010

## ORDER OF COURT

Considered and ordered this __18__ day of __November__, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge