UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-247-BO

UNITED STATES OF AMERICA,

v.

MAQUINTON LEE MARROW,
          Defendant.

ORDER

It appearing to the Court that during the investigation of the above-captioned case, the following items were seized and used as evidence:

1) a U.S. Revolver Company, .32 caliber revolver, serial number R40431, and

2) a .32 caliber spent shell casing.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by officers of the Raleigh Police Department in accordance with regulations of the Raleigh Police Department.

This the __17__ day of March, 2015.

HONORABLE TERRENCE W. BOYLE
United States District Judge